Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 - R52

## CERTIFIED POLICY

This certification is affixed to a policy which is a true and accurate copy of the document in the company's business records as of the date shown below.

**No additional insurance is afforded by this copy.**

Discover Property & Casualty Insurance Company

**Name of Insuring Company(ies)**

| D002L00416 | 12/31/2010 - 12/31/2011 | 09/02/2020 |
|---|---|---|
| **Policy Number(s)** | **Policy Period(s)** | **Date** |

Kenneth Kupec, Second Vice President
BI Document Management

0F262 – R53    Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

 **DISCOVER PROPERTY & CASUALTY**

## COMMON POLICY DECLARATIONS

Policy Number:
D002L00416
Company Code:

Renewal of:
New

### DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY

(A Travelers Company)
A STOCK INSURANCE COMPANY
Home Office: Chicago, Illinois
Principle Administration Offices: 385 Washington Street, St. Paul, MN  55102 Phone: 1.800.878.2660

| NAMED INSURED AND MAILING ADDRESS | PRODUCER NAME AND ADDRESS |
|---|---|
| Safelite Group, Inc. | Aon Risk Services, Inc. |
| 2400 Farmers Drive, 5th Floor | 250 East Fifth Street, Suite 1600 |
| Columbus, Ohio 43235 | Cincinnati, OH 45202 |
| | PRODUCER NO.  222 |

**POLICY PERIOD:** FROM 12/31/2010 TO  12/31/2011 AT 12:01 A.M. TIME AT YOUR MAILING ADDRESS SHOWN ABOVE

**BUSINESS DESCRIPTION:**    Auto Glass Replacement

**FORM OF BUSINESS:**    Corporation

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE WILL
PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. WHERE NO
PREMIUM IS SHOWN, THERE IS NO COVERAGE. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PART(S) | PREMIUM |
|---|---|
| Commercial Property Coverage Part | $ |
| Commercial General Liability Coverage Part | $120,000 |
| Employee Benefits Liability Coverage Part | $Included |
| Commercial Inland Marine Coverage Part | $ |
| Commercial Auto (Business or Truckers) Coverage Part | $ |
| Commercial Garage Coverage Part | $ |
| Businessowners Coverage Part | $ |
| Commercial Liability Umbrella Coverage Part | $ |
| **TOTAL:** | $120,000 |
| Taxes/Surcharges from UC 5005 0405 ( in addition to Premium shown above) | $    140 |

**FORMS AND ENDORSEMENTS**
FORM(S) AND ENDORSEMENT(S) MADE A PART OF THE POLICY AT TIME OF ISSUE:

See Listing of Forms and Endorsements Forming a Part of This Policy.

Countersigned:
Date: _____    By: _____
Authorized Representative

THIS COMMON POLICY DECLARATION AND THE SUPPLEMENTAL DECLARATION(S), TOGETHER WITH THE COMMON POLICY
CONDITIONS, COVERAGE PART(S), COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE
NUMBERED POLICY.

UC 10 10 08 08

ISSUE DATE:

EXHIBIT 8
Page 2 of 94

0F262 – R54

# POLICYHOLDER DISCLOSURE NOTICE
# TERRORISM RISK INSURANCE ACT

NO COVERAGE IS PROVIDED BY THIS SUMMARY, NOR CAN IT BE CONSTRUED TO REPLACE ANY PROVISIONS IN YOUR POLICY. YOU SHOULD READ YOUR ENTIRE POLICY CAREFULLY TO DETERMINE YOUR RIGHTS AND DUTIES AND WHAT IS AND IS NOT COVERED. PLEASE CONTACT YOUR AGENT WITH ANY QUESTIONS OR IF YOU DESIRE ANY CHANGES IN YOUR POLICY. IF THERE IS ANY CONFLICT BETWEEN THE POLICY AND THIS SUMMARY, THE PROVISIONS OF THE POLICY SHALL PREVAIL.

**Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown below. This terrorism premium does not include any charges for the portion of insured losses covered by the federal government under the Act.

This premium and coverage do not apply to any insuring agreements or coverage parts in this policy for which you did not accept our offer of such terrorism coverage. For all other insuring agreements or coverage parts, if $0 is shown for the amount below, this policy provides such coverage at no premium charge for otherwise covered losses.

**Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals 85% of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31), the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

The portion of your premium* attributable to coverage for terrorist acts certified under the Act, is:

| | |
|---|---|
| **PROPERTY**<br>(Property includes: Commercial Boiler & Machinery,<br>Commercial Inland Marine and Commercial Property if provided on policy) | $ |
| **GENERAL LIABILITY** | $ Included |
| **BUSINESSOWNERS** | $ |
| **COMMERCIAL LIABILITY UMBRELLA / EXCESS LIABILITY** | $ |

*Premium for this coverage may be subject to audit.

NOTE: The premium above is for certain losses resulting from certified acts of terrorism as covered pursuant to coverage provisions, limitations and exclusions in this policy. You should read the definitions in your policy carefully, but generally speaking, "certified" acts of terrorism are acts that exceed $5 million in aggregate losses to the insurance industry and which are subsequently declared by the U.S. Secretary of the Treasury as a certified terrorist act under the Terrorism Risk Insurance Act. Some losses resulting from certified acts of terrorism are not covered. Read your policy and endorsements carefully.

**Named Insured:**   Safelite Group, Inc.

**Policy Number:**   D002L00416

D100 0108
Discover Property & Casualty Insurance Company
Includes copyrighted material of ISO Properties, Inc., with its permission.
Page 1 of 1

EXHIBIT 8
Page 3 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 - R55

**DISCOVER PROPERTY & CASUALTY**

# COMMERCIAL INSURANCE POLICY

UC 1009 0405

0F262 - R56



## DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY

**This company has caused this policy to be signed by its President and its Corporate Secretary and countersigned by a duly authorized representative where required by law.**

Arthur W. Wright
President

Wendy C. Skjerven
Corporate Secretary

UC 1011 0708

EXHIBIT 8
Page 5 of 94

0F262 - R57

POLICY NUMBER: D002L00416

## SCHEDULE OF TAXES, SURCHARGES OR FEES

| | |
|---|---|
| Florida CAT Fund Emergency Assessment | $40 |
| Florida Guaranty Fund Surcharge | $10 |
| Florida 2007 Guaranty Fund | $53 |
| Kentucky Premium Surcharge | $17 |
| New Jersey Property Liability Insurance Guaranty Association | $17 |
| West Virginia Surcharge | $ 3 |

UC 5005 0405        Discover Property & Casualty Insurance Company        Page 1 of 1
Discover Specialty Insurance Company

EXHIBIT 8
Page 6 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

| Named Insured **Safelite Group, Inc.** | | | Endorsement No. | |
|---|---|---|---|---|
| Policy No. D002L00416 | Producer Aon Risk Services, Inc. | | Effective Date 12/31/2010 | 12.01 AM |
| Issued By (Name of Insurance Company) | DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LISTING OF FORMS AND ENDORSEMENTS FORMING A PART OF THIS POLICY

| NUMBER | TITLE |
|---|---|
| | **Applicable to All Coverage Parts** |
| D100 0108 | Policyholder Disclosure Notice - Terrorism Risk Insurance Act |
| UC 1009 0405 | Commercial Insurance Policy Jacket |
| UC 1011 0708 | Signature Page |
| UC 1010 0808 | Common Policy Declarations |
| UC 5005 0405 | Schedule of Taxes, Surcharges or Fees |
| UC 8000 0100 | Listing of Forms and Endorsements Forming a Part of This Policy |
| UC 4000 0405 | Schedule of Named Insured(s) |
| Endorsement #1 | Composite Rate Endorsement |
| UC 5007 0206 | Premium Payment Schedule |
| UC 5009 0405 | Notice of Cancellation and Nonrenewal Provided By Us |
| DG 2432 0905 | Knowledge of an Occurrence, Offense, Employee Benefits Incident, Injury, Claim or Suit |
| DG 2407 0905 | Unintentional Errors and Omissions |
| DG 2408 0905 | Waiver of Transfer of Rights of Recovery Against Others To Us |
| UC 5035 0306 | Conformity With State Statutes |
| IL 0244 0907 | Ohio Changes - Cancellation and Nonrenewal |
| IL 0017 1198 | Common Policy Conditions |
| IL 0021 0908 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |

UC 8000 0100          Discover Property & Casualty Insurance Company          Page 1 of 3

EXHIBIT 8
Page 7 of 94

0F262 – R59

**Applicable to Commercial General Liability Coverage Part**

| | |
|---|---|
| DGDS 01 0605 | Commercial General Liability Declarations |
| CG 0001 1207 | Commercial General Liability Coverage Form |
| CG 0068 0509 | Recording and Distribution of Material or Information in Violation of Law Exclusion |
| DG 7002 0100 | General Liability Self-Funded Retention |
| CG 2005 1185 | Additional Insured - Controlling Interest |
| CG 2011 0196 | Additional Insured - Managers or Lessors of Premises |
| CG 2015 0704 | Additional Insured - Vendors |
| CG 2026 0704 (2) | Additional Insured - Designated Person or Organization |
| CG 2028 0704 | Additional Insured – Lessor of Leased Equipment |
| DG 2003 1204 | Additional Insured Endorsement |
| DG 2412 0100 | Amended Definition of Bodily Injury |
| CG 2170 0108 | Cap on Losses From Certified Acts of Terrorism |
| Endorsement #2 | Chicago Transit Authority |
| DG 2403 1001 | Fellow Employee Coverage |
| Endorsement #3 | General Liability - Additional Insured Endorsement - City of Los Angeles Department of Water and Power |
| DG 2413 0100 | Nonowned Watercraft Coverage (Specified) |
| DG 0200 1108 (3) | Notice of Cancellation |
| CG 2147 1207 | Employment-Related Practices Exclusion |
| DG 2203 0100 | Exclusion - Aircraft Products and Grounding |
| DG 2105 1204 | Exclusion - Asbestos |
| Endorsement #4 | Exclusion - Claims Adjusting Errors or Omission |
| DG 2107 1204 | Exclusion - Lead |
| CG 2167 1204 | Fungi or Bacteria Exclusion |
| CG 2165 1204 | Total Pollution Exclusion With a Building Heating, Cooling and Dehumidifying Equipment Exception and a Hostile Fire Exception |

UC 8000 0100          Discover Property & Casualty Insurance Company          Page 2 of 3

EXHIBIT 8
Page 8 of 94

**Applicable to Employee Benefits Liability (Claims-Made) Coverage Part**

| | |
|---|---|
| DGDS 03 0605 | Employee Benefits Liability Declarations |
| DG 0003 0100 (rev) | Employee Benefits Liability Coverage Form |
| DG 7014 0100 | Employee Benefits Liability Self-Funded Retention |
| DG 0100 0100 | Amendatory Endorsements (Employee Benefits Liability) |

UC 8000 0100                 Discover Property & Casualty Insurance Company                 Page 3 of 3

0F262 - R61

POLICY NUMBER:   D002L00416

## SCHEDULE OF NAMED INSURED(S)

The named insured shown in the Declarations is amended to include the following:

Safelite Group, Inc.
Safelite Fulfillment, Inc.
Safelite Glass Corp.
Safelite Solutions LLC
Safelite Billing Services, Inc.
Safelite Charitable Foundation

and any subsidiary company as now formed or constituted, and any other company over which the Named Insured has active control so long as the Named Insured or any subsidiary company has an ownership interest of more than 50% of such company.

UC 4000 0405          Discover Property & Casualty Insurance Company          Page 1 of 1

EXHIBIT 8
Page 10 of 94

| Named Insured | | Endorsement No. 1 |
|---|---|---|
| **Safelite Group, Inc.** | | |
| Policy No. D002L00416 | Producer Aon Risk Services, Inc. | Effective Date 12/31/2010   12:01 AM |
| Issued By (Name of Insurance Company) DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**COMPOSITE RATE ENDORSEMENT**

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    EMPLOYEE BENEFITS LIABILITY COVERAGE PART

SCHEDULE

| PERIOD | RATE PER $1000 OF SALES | ESTIMATED SALES | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|
| 12/31/2010-2011 | .1091 | $1,100,000,000 | $120,000 |

The final audited premium will be determined by applying the rate shown in the above Schedule to each $1000 of audited sales subject to a minimum premium of $120,000.

EXHIBIT 8
Page 11 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

Policy Number: D002L00416

# PREMIUM PAYMENT SCHEDULE

THIS POLICY IS PAYABLE ON INSTALLMENTS AS FOLLOWS:

| INSTALLMENTS: | DATE DUE | PREMIUM | TAXES & SURCHARGES | TOTAL |
|---|---|---|---|---|
| Deposit | 01/31/2011 | $ 30,000 | $140 | $ 30,140 |
| 1st Installment | 02/28/2011 | $ 10,000 | | $ 10,000 |
| 2nd Installment | 03/30/2011 | $ 10,000 | | $ 10,000 |
| 3rd Installment | 04/30/2011 | $ 10,000 | | $ 10,000 |
| 4th Installment | 05/31/2011 | $ 10,000 | | $ 10,000 |
| 5th Installment | 06/30/2011 | $ 10,000 | | $ 10,000 |
| 6th Installment | 07/31/2011 | $ 10,000 | | $ 10,000 |
| 7th Installment | 08/31/2011 | $ 10,000 | | $ 10,000 |
| 8th Installment | 09/30/2011 | $ 10,000 | | $ 10,000 |
| 9th Installment | 10/31/2011 | $ 10,000 | | $ 10,000 |
| **GRAND TOTALS** | | $120,000 | $140 | $120,140 |

FAILURE TO PAY THE INSTALLMENT PREMIUM BY THE DATE DUE SHOWN SHALL CONSTITUTE NON-PAYMENT OF PREMIUM FOR WHICH WE MAY CANCEL THIS POLICY.

UC5007 0206

TRAVELERS DOC MGMT Page 12 of 94

EXHIBIT 8
Page 12 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 – R64

POLICY NUMBER:  D002L00416

UC 50 09 04 05

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## NOTICE OF CANCELLATION AND NONRENEWAL PROVIDED BY US

This endorsement modifies insurance provided under the following:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

SCHEDULE

| | |
|---|---|
| Number of Days' Notice: | 90 |

1.  For any statutorily permitted reason other than nonpayment of premium, the number of days required for notice of cancellation, as provided in paragraph 2. of either the CANCELLATION Common Policy Condition or as amended by an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

2.  The number of days required for notice of nonrenewal, as provided in an applicable state cancellation endorsement, is increased to the number of days shown in the Schedule above.

**UC 50 09 04 05**          Discover Property & Casualty Insurance Company          **Page 1 of 1**      □

EXHIBIT 8
Page 13 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 - R65

POLICY NUMBER:  D002L00416

**COMMERCIAL GENERAL LIABILITY**
**DG 24 32 09 05**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## KNOWLEDGE OF AN OCCURRENCE, OFFENSE, EMPLOYEE BENEFITS INCIDENT, INJURY, CLAIM OR SUIT

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

### SCHEDULE

DESIGNATED PERSON:    Any person in your Risk Management Department.

Condition 2. is amended as follows:

Knowledge of an "occurrence", offense, "employee benefits incident", "injury", claim or "suit" by an agent, servant or "employee" of the insured will not in itself constitute your knowledge of such "occurrence", offense, "employee benefits incident", "injury", claim or "suit" unless the person designated in the above Schedule has received notice from that agent, servant or "employee".

**DG 24 32 09 05**          Discover Property & Casualty Insurance Company          **Page 1 of 1**     ☐

EXHIBIT 8
Page 14 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 - R66

COMMERCIAL GENERAL LIABILITY
DG 24 07 09 05

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## UNINTENTIONAL ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

The following Condition is added:

Failure of the insured to disclose all hazards existing as of the inception date of the policy shall not prejudice the insured with respect to this insurance provided such failure or any omission is not intentional.

DG 24 07 09 05          Discover Property & Casualty Insurance Company          **Page 1 of 1**          □

0F262 - R67

COMMERCIAL GENERAL LIABILITY
DG 24 08 09 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US (WHEN REQUIRED BY WRITTEN CONTRACT)

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

The Transfer of Rights of Recovery Against Others To Us Condition is amended by adding the following:

We waive any right of recovery we may have against any person or organization when such waiver is required by a written contract that you have agreed to prior to loss.

| DG 24 08 09 05 | Discover Property & Casualty Insurance Company | Page 1 of 1 | ☐ |

EXHIBIT 8
Page 16 of 94

0F262 – R68

UC 5035 0306

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONFORMITY WITH STATE STATUTES

The following Condition is added to your policy to comply with, or otherwise respond to, the laws of multiple states. This endorsement applies to the extent your policy provides coverage for loss that results from your autos, locations or operations in states other than the "controlling state" of your policy.

The term "controlling state" means the state that is listed on the Declarations for the First Named Insured. If there are no locations or operations for any coverage provided by your policy for the First Named Insured's state, the "controlling state" is the state that generates the highest premium on your policy.

### CONFORMITY WITH STATE STATUTES

A. The provisions of this policy conform to the minimum requirements of state laws and control over any conflicting statutes of any state in which you have a location, operations or autos, on or after the effective date of this policy.

B. Any provision of this policy, including endorsements that modify the policy, which does not conform to the minimum requirements of a state's statutes, is amended to conform to such statute.

UC 5035 0306          Discover Property & Casualty Insurance Company          Page 1 of 1

EXHIBIT 8
Page 17 of 94

IL 02 44 09 07

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# OHIO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** With respect to a policy which has been in effect for more than 90 days, or is a renewal of a policy we issued, the **Cancellation** Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy only for one or more of the following reasons, except as provided in Paragraph **6.** below:

   a. Nonpayment of premium;

   b. Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted thereunder;

   c. Discovery of a moral hazard or willful or reckless acts or omissions on your part which increases any hazard insured against;

   d. The occurrence of a change in the individual risk which substantially increases any hazard insured against after the insurance coverage has been issued or renewed except to the extent the insurer could reasonably have foreseen the change or contemplated the risk in writing the contract;

   e. Loss of applicable reinsurance or a substantial decrease in applicable reinsurance, if the Superintendent has determined that reasonable efforts have been made to prevent the loss of, or substantial decrease in, the applicable reinsurance, or to obtain replacement coverage;

   f. Failure of an insured to correct material violations of safety codes or to comply with reasonable written loss control recommendations; or

   g. A determination by the Superintendent of Insurance that the continuation of the policy would create a condition that would be hazardous to the policyholders or the public.

3. We will mail written notice of cancellation to the first Named Insured, and agent if any, at the last mailing addresses known to us. Proof of mailing will be sufficient proof of notice.

4. We will mail the notice of cancellation at least:

   a. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation, if we cancel for a reason stated in **2.b.** through **2.g.** above.

© ISO Properties, Inc., 2006

5. The notice of cancellation will:

   a. State the effective date of cancellation. The policy period will end on that date.

   b. Contain the date of the notice and the policy number, and will state the reason for cancellation.

6. Policies written for a term of more than one year or on a continuous basis may be cancelled by us for any reason at an anniversary date, upon 30 days' written notice of cancellation.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the Common Policy Conditions and supersedes any provisions to the contrary:

**NONRENEWAL**

1. If we elect not to renew this policy, we will mail written notice of nonrenewal to the first Named Insured, and agent if any, at the last mailing addresses known to us. The notice will contain the date of the notice and the policy number, and will state the expiration date of the policy.

2. We will mail the notice of nonrenewal at least 30 days before the expiration date of the policy.

3. Proof of mailing will be sufficient proof of notice.

**C. Common Policy Conditions**

1. Paragraph **A.2.a.** of the **Businessowners** Common Policy Conditions is deleted.

2. Paragraph **E.2.** of the **Cancellation** Common Policy Condition in the Standard Property Policy is deleted. Paragraph **E.2.** is replaced by the following (unless Item **A.** of this endorsement applies):

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   b. 30 days before the effective date, if we cancel for any other reason.

 © ISO Properties, Inc., 2006 IL 02 44 09 07 □

EXHIBIT 8
Page 19 of 94

0F262 – R71

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98              Copyright, Insurance Services Office, Inc., 1998              Page 1 of 1     □

EXHIBIT 8
Page 20 of 94

0F262 – R72

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

IL 00 21 09 08 

© ISO Properties, Inc., 2007 

Page 1 of 2 

EXHIBIT 8
Page 21 of 94

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

     © ISO Properties, Inc., 2007     IL 00 21 09 08     □

EXHIBIT 8
Page 22 of 94

0F262 - R74

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

**POLICY NUMBER:**
D002L00416

**NAMED INSURED:** Safelite Group, Inc.      **POLICY PERIOD:** FROM 12/31/10 TO 12/31/11
AT 12:01 A.M. TIME AT YOUR MAILING ADDRESS

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF INSURANCE | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $1,000,000 | |
|     DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 300,000 | Any one premises |
|     MEDICAL EXPENSE LIMIT | $ 10,000 | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $2,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $2,000,000 | |

**RETROACTIVE DATE (CG 00 02 ONLY):**     (ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES)

THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" WHICH OCCURS BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN ABOVE.

**FORM OF BUSINESS**

☐INDIVIDUAL   ☐PARTNERSHIP   ☐JOINT VENTURE   ☐TRUST   ☐LIMITED LIABILITY COMPANY
☒ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE, OR LIMITED LIABILTY COMPANY)

**ALL PREMISES YOU OWN, RENT OR OCCUPY**

All locations.

**FORMS AND ENDORSEMENTS**

ENDORSEMENTS ATTACHED TO THIS POLICY:

See Listing of Forms and Endorsements Forming a Part of This Policy.

**PREMIUM**

COVERAGE PART PREMIUM:     $120,000

STATE TAX OR OTHER (if applicable):

TOTAL PREMIUM FOR THIS COVERAGE PART:   $120,000

**AUDIT PERIOD** (IF APPLICABLE)   ☒ANNUALLY   ☐SEMI-ANNUALLY   ☐QUARTERLY   ☐MONTHLY

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.

DG DS 01 06 05      Discover Property & Casualty Insurance Company      **Page 1 of 1**

EXHIBIT 8
Page 23 of 94

COMMERCIAL GENERAL LIABILITY
CG 00 01 12 07

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

CG 00 01 12 07                    © ISO Properties, Inc., 2006                    **Page 1 of 16**    ☐

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c. **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

d. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

    © ISO Properties, Inc., 2006    CG 00 01 12 07    □

EXHIBIT 8
Page 25 of 94

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

EXHIBIT 8
Page 26 of 94

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of:

(a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

(b) the operation of any of the machinery or equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2006
CG 00 01 12 07

0F262 - R79

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

CG 00 01 12 07 © ISO Properties, Inc., 2006 Page 5 of 16 ☐

EXHIBIT 8
Page 28 of 94

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

EXHIBIT 8
Page 29 of 94

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

CG 00 01 12 07 © ISO Properties, Inc., 2006 **Page 7 of 16**

2. **Exclusions**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard"

g. **Coverage A Exclusions**

Excluded under Coverage A.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

Page 8 of 16 © ISO Properties, Inc., 2006 CG 00 01 12 07 □

(b) Conduct and control the defense of that indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

EXHIBIT 8
Page 32 of 94

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph c. below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

CG 00 01 12 07    © ISO Properties, Inc., 2006    Page 11 of 16    □

0F262 — R86

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2006  CG 00 01 12 07  □

EXHIBIT 8
Page 35 of 94

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

   (1) Goods or products made or sold by you in the territory described in Paragraph a. above;

   (2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

   (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

CG 00 01 12 07                    © ISO Properties, Inc., 2006                    Page 13 of 16

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2006                CG 00 01 12 07

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

CG 00 01 12 07                    © ISO Properties, Inc., 2006                    Page 15 of 16    □

      (2) The providing of or failure to provide warn-
         ings or instructions.

  c. Does not include vending machines or other
    property rented to or located for the use of oth-
    ers but not sold.

22. "Your work":

  a. Means:

    (1) Work or operations performed by you or on
       your behalf; and

    (2) Materials, parts or equipment furnished in
       connection with such work or operations.

  b. Includes:

    (1) Warranties or representations made at any
       time with respect to the fitness, quality, du-
       rability, performance or use of "your work",
       and

    (2) The providing of or failure to provide warn-
       ings or instructions.

© ISO Properties, Inc., 2006

CG 00 01 12 07 ☐

EXHIBIT 8
Page 39 of 94

0F262 - R91

COMMERCIAL GENERAL LIABILITY
CG 00 68 05 09

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion **q.** of Paragraph **2. Exclusions** of Section I – **Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

B. Exclusion **p.** of Paragraph **2. Exclusions** of Section I – **Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

CG 00 68 05 09      © Insurance Services Office, Inc., 2008      Page 1 of 1   □

EXHIBIT 8
Page 40 of 94

0F262 – R92

POLICY NUMBER: D002L00416                                    COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GENERAL LIABILITY SELF-FUNDED RETENTION

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

**AMOUNT OF SELF-FUNDED RETENTION**
Self-Funded Retention combined for:                          $500,000 Per "Incident"

    1.    Damages because of "bodily injury" or "property damage" under COVERAGE A; Damages because of "personal and advertising injury" under COVERAGE B; and Medical Expenses under COVERAGE C (if applicable); and

    2.    Associated "Claim Expenses".

A.    COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY is changed as follows:

    The sum of:

    1.    The damages caused in any one "incident"; and

    2.    The "claim expenses" associated with such damages

    that would otherwise be payable under COVERAGE A will be reduced by the self-funded retention shown in the above Schedule. The Limits of Insurance applicable to such coverage will be reduced by the amount of damages payable under the policy, both within, and in excess of, such self-funded retention.

B.    COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY is changed as follows:

    The sum of:

    1.    The damages caused in any one "incident"; and

    2.    The "claim expenses" associated with such damages

    that would otherwise be payable under COVERAGE B will be reduced by the self-funded retention shown in the above Schedule. The Limits of Insurance applicable to such coverage will be reduced by the amount of damages payable under the policy, both within, and in excess of, such self-funded retention.

C.    COVERAGE C. MEDICAL PAYMENTS is changed as follows:

    The sum of:

DG 70 02 01 00        Discover Property & Casualty Insurance Company        Page 1 of 7

EXHIBIT 8
Page 41 of 94

1.     The medical expenses incurred in any one "incident"; and

2.     The "claim expenses" associated with such medical expenses

that would otherwise be payable under COVERAGE C will be reduced by the self-funded retention shown in the above Schedule. The Limits of Insurance applicable to such coverage will be reduced by the medical expenses payable under the policy, both within, and in excess of, such self-funded retention.

D.    INVESTIGATION, DEFENSE AND SETTLEMENT

COVERAGES A, B and C are changed as follows with respect to the provisions pertaining to the investigation, defense and settlement of claims or "suits":

We have the right, duty and ultimate authority to investigate, defend or settle any claim or "suit" asking for damages or medical expenses, whichever is applicable. However:

1.     We will delegate the responsibility to investigate, adjust, defend and/or settle all claims or "suits" to you, subject to the following conditions:

     a.    You will notify us of "incidents", claims or "suits" in accordance with paragraph G. below.

     b.    You will establish a "case reserve" with respect to each such claim or "suit" as soon as such claim or "suit" becomes known to you. You will revise such reserve from time to time on the basis of developments and facts known at the time of such revision.

     c.    You will have no authority to pay, or agree to pay any sum of such claims or "suits" and associated "claim expenses" greater than the self-funded retention shown in the above Schedule without our prior written consent.

     d.    We will have the right to associate with you in the defense of any claim or "suit" or to assume control of the defense of any claim or "suit". The assumption of control shall include, but not be limited to, the investigation and settlement of any claim or "suit", the selection or retention of counsel and appeal of any judgment.

     e.    When a claim or "suit" has been settled or adjudicated, you will promptly pay the amount of such claim or "suit" to the party to whom the payment is due for damages or medical expenses up to the self-funded retention shown in the above Schedule.

     f.    You will pay your share of "claim expenses" in accordance with paragraphs E. and F. below.

     g.    We may pay any part or all of such self-funded retention and, upon notification of the action taken, you will promptly reimburse us for the amount of such payment (inclusive of your share of "claim expenses" as have been paid by us in accordance with paragraphs E. and F. below) up to such self-funded retention.

     h.    Any claim administrator(s) you utilize for claim handling services must be approved in writing by us in advance.

DG 70 02 01 00             Discover Property & Casualty Insurance Company             Page 2 of 7

EXHIBIT 8
Page 42 of 94

2.     We have no duty to defend "suits" not covered by this insurance.

3.     Our duty to defend or settle ends when the applicable Limit(s) of Insurance has been exhausted by payment of judgments or settlements.

For purposes of this endorsement, the term "case reserve" means an estimate of the value of a claim or "suit" and its associated "claim expenses".

E.     APPLICATION OF SELF-FUNDED RETENTION

1.     The self-funded retention shown in the above Schedule will be applied separately to each "incident", first as respects the payment of the sum of:

   a.     All damages because of "bodily injury" or "property damage" under COVERAGE A;

   b.     All damages because of "personal and advertising injury" under COVERAGE B; and

   c.     All medical expenses under COVERAGE C (if applicable)

and then to the payment of "claim expenses" associated with item a., b. and c. above. The balance of any "claim expenses" due will be payable by us in addition to our applicable Limits(s) of Insurance.

2.     If a claim or "suit" involves "claim expenses" only, in no event will you or any insured be obligated to pay "claim expenses" in connection with any one "incident" for an amount greater than the self-funded retention shown in the above Schedule.

For purposes of this endorsement, the term "incident" means:

1.     With respect to "bodily injury" and "property damage", an "occurrence"; and

2.     With respect to "personal and advertising injury", an offense described in the definition of "personal and advertising injury".

All "bodily injury", "property damage", and "personal and advertising injury" arising out of continuous or repeated exposure to substantially the same general conditions will be considered one "incident".

F.     CLAIM EXPENSES

1.     For purposes of this endorsement, the term "claim expenses" means:

   a.     Attorney fees and all other litigation expenses.

   b.     The cost of bonds to appeal a judgment or award or to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   c.     All reasonable expenses incurred by the insured in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   d.     All costs taxed against the insured in the "suit".

| DG 70 02 01 00 | Discover Property & Casualty Insurance Company | Page 3 of 7 |

EXHIBIT 8
Page 43 of 94

e.    Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

f.    All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

g.    With respect to an indemnitee, if all of the following conditions are met, attorney's fees incurred by you or us for the defense of that indemnitee, necessary litigation expenses incurred by you or us and necessary litigation expenses incurred by the indemnitee at your or our request. Such payments will not be deemed to by damages.

(1)    The "suit" against an insured is being defended and an indemnitee of the insured is also named as a party to the "suit";

(2)    The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

(3)    This insurance applies to such liability assumed by the insured;

(4)    The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

(5)    The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

(6)    The indemnitee and the insured ask you to conduct and control the defense of that indemnitee against such "suit" and agree that you can assign the same counsel to defend the insured and the indemnitee; and

(7)    The indemnitee:

(a)    Agrees in writing to:

(i)    Cooperate with you in the investigation, settlement or defense of the "suit";

(ii)    Immediately send you copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(iii)    Notify any other insurer whose coverage is available to the indemnitee; and

(iv)    Cooperate with you with respect to coordinating other applicable insurance available to the indemnitee; and

(b)    Provides you with written authorization to:

(i)    Obtain records and other information related to the "suit"; and

DG 70 02 01 00      Discover Property & Casualty Insurance Company      Page 4 of 7

EXHIBIT 8
Page 44 of 94

0F262 - R96

       (ii) Conduct and control the defense of the indemnitee in such "suit".

"Claim expenses" do not include:

  a. Salaries and expenses of our employees or the insured's employees other than that portion of our employed attorneys' or paralegals' fees, salaries and expenses allocated to a specific claim or "suit".

  b. Fees and expenses of independent claims adjusting organizations hired by you.

 2. The term "Supplementary Payments" under SECTION I - COVERAGES is deleted in its entirety and replaced with the term "claim expenses" defined above.

G. DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

Condition 2. of Section IV is deleted in its entirety and replaced with the following:

 2. DUTIES IN THE EVENT OF INCIDENT, CLAIM OR SUIT

  a. You must see to it that we are notified of an "incident" which may result in a claim or "suit" seeking a total amount for damages or medical expenses in excess of the self-funded retention shown in the above Schedule. The notice must be made as soon as possible, but no later than 30 calendar days from the date you are notified of such "incident". The notice should include:

    (1) How, when and where the "incident" took place;

    (2) The names and addresses of any injured persons and witnesses; and

    (3) The nature and location of any injury or damage arising out of the "incident".

  b. The first Named Insured shown in the Declarations will furnish us with:

    (1) A quarterly report which provides the following information for each claim or "suit" which was outstanding, opened, revised or eliminated during the previous quarter: The identity of the claimants or injured parties; the dates, places, description and cause of injuries or damages; the amounts of reserves for such claim or "suit"; "claim expenses" (both paid, incurred and reserved) and payments of judgments or settlements. This report must be furnished no later than thirty (30) calendar days after the end of each quarter.

    (2) Written notification of each claim or "suit" which has, should have or is likely to have, without regard to liability, a reserve equal to or exceeding thirty-three and one third percent (33 1/3%) of the self-funded retention shown in the above Schedule. Written notice must be provided as soon as possible, but no later than fifteen (15) calendar days from the date you have sufficient knowledge of facts surrounding such claim or "suit" which could put you on notice that such reserve or payment is indicated. Complete files on such claim or "suit" must be given to us within thirty (30) calendar days from the date we request such files.

DG 70 02 01 00    Discover Property & Casualty Insurance Company    Page 5 of 7

EXHIBIT 8
Page 45 of 94

0F262 — R97

(3)     Written notification of each claim or "suit" which involves serious injury(ies) or damage(s). This notice must be provided as soon as possible, but no later than ten (10) business days from the date you have knowledge of such claim or "suit". Serious injuries or damages include, but are not limited to:

(a)     Cord Injury - paraplegia, quadriplegia;

(b)     Amputations - requiring a prosthesis;

(c)     Brain damage affecting mentality or central nervous system - such as permanent disorientation, behavior disorder, personality change, seizures, motor deficit, inability to speak (Aphasia), hemiplegia or unconsciousness (Comatose);

(d)     Blindness;

(e)     Burns - involving over 10% of body with third degree or 30% with second degree;

(f)     Multiple fractures - involving more than one member or non-union;

(g)     Fracture of both heel bones (Fractured or Bilateral OS Calcis);

(h)     Nerve damage causing paralysis and loss of sensation in arm and hand (Brachial Plexus Nerve Damage);

(i)     Massive internal injuries affecting body organs;

(j)     Injury to nerve at base of spinal canal (Cauda Equina) or any other back injury resulting in incontinence of bowel and/or bladder;

(k)     Fatalities;

(l)     Any claim or "suit" not specified above that presents an unusual exposure to the coverage. Examples include: class actions, environmental exposure and bad faith allegations; or

(m)     Any other serious injury or damage which may involve our liability.

Individual written loss reports of all serious injuries or damages must be furnished within thirty (30) calendar days from the date you have knowledge of any claim or "suit" which involves such serious injuries or damages. This report must contain, at a minimum, the facts surrounding the claim or "suit", a description of damages and injuries, suggested reserves and recommendations for future claims handling.

(4)     Other claim information or reports as requested by us from time to time.

H.     EXCLUSION OF CERTAIN LIABILITY

Except as otherwise provided by law, it is a condition precedent to any liability under this policy that you will (a) notify us of "incidents", claims or "suits" in accordance with paragraph G.

DG 70 02 01 00          Discover Property & Casualty Insurance Company          Page 6 of 7

EXHIBIT 8
Page 46 of 94

above, and (b) permit inspection, audit, copying and otherwise cooperate with us to enable us to establish or revise reserves for claims(s) or "suit(s)", (c) obtain our approval in writing of any change of your claims administrator(s) in advance, and (d) not pay or settle, nor agree to pay or settle, any total amount for damages, medical expenses or "claim expenses" greater than the self funded retention shown in the above Schedule without our prior written consent.

I.    ADDITIONAL CANCELLATION REASON

In addition to the reasons for cancellation set forth in this policy, if you pay, settle, or agree to pay or settle any claim or "suit" for an amount (inclusive of "claim expenses") greater than the self-funded retention shown in the above Schedule without our prior written consent or if you fail to permit inspection, audit, copying or to otherwise cooperate with us to enable us to establish or revise reserves for claims or "suits" of if you fail to obtain our approval in writing of any change of your claim administrator(s) in advance, then such acts or omissions will be deemed reasonable grounds for cancellation of this policy and filings and certificates representing this policy, except as otherwise provided by law.

DG 70 02 01 00          Discover Property & Casualty Insurance Company          Page 7 of 7

EXHIBIT 8
Page 47 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425
0F262 - R99

POLICY NUMBER: D002L00416                    **COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – CONTROLLING INTEREST

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART.

### SCHEDULE

**Name of Person or Organization:**

> Dieteren Belgium
> Belron SA United Kingdom
> Belron US Inc.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. WHO IS AN INSURED (Section II) is amended to include as an insured the person(s) or organization(s) shown in the Schedule, but only with respect to their liability arising out of:

   a. Their financial control of you; or

   b. Premises they own, maintain or control while you lease or occupy these premises.

2. This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

CG 20 05 11 85          Copyright, Insurance Services Office, Inc., 1984          **Page 1 of 1**          ☐

0F262 - S1

POLICY NUMBER:  D002L00416

COMMERCIAL GENERAL LIABILITY
CG 20 11 01 96

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

1. Designation of Premises (Part Leased to You):      All where required by written contract.
2. Name of Person or Organization (Additional Insured):      All where required by written contract.
3. Additional Premium:    Included.

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions:

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to be a tenant in that premises.
2. Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule.

CG 20 11 01 96      Copyright, Insurance Services Office, Inc., 1994      **Page 1 of 1**   □

EXHIBIT 8
Page 49 of 94

0F262 – S2

POLICY NUMBER: D002L00416

**COMMERCIAL GENERAL LIABILITY**
**CG 20 15 07 04**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED – VENDORS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) (Vendor) | Your Products |
|---|---|
| All where required by written contract. | All where required by written contract. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person(s) or organization(s) (referred to below as vendor) shown in the Schedule, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   b. Any express warranty unauthorized by you;

   c. Any physical or chemical change in the product made intentionally by the vendor;

   d. Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

   f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

CG 20 15 07 04                    © ISO Properties, Inc., 2004                    **Page 1 of 2**

EXHIBIT 8
Page 50 of 94

g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

h. "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

(1) The exceptions contained in Sub-paragraphs d. or f.; or

(2) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

2. This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

EXHIBIT 8
Page 51 of 94

0F262 – S4    Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

POLICY NUMBER:  D002L00416                                 **COMMERCIAL GENERAL LIABILITY**
                                                                    CG 20 26 07 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
| Cintas Corporation, its subsidiary companies, co-lessees or co-ventures, agents, directors, officers, and employees. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Who Is An Insured** is amended to in-
clude as an additional insured the person(s) or or-
ganization(s) shown in the Schedule, but only with
respect to liability for "bodily injury", "property dam-
age" or "personal and advertising injury" caused, in
whole or in part, by your acts or omissions or the acts
or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or
rented to you.

CG 20 26 07 04                    © ISO Properties, Inc., 2004                    Page 1 of 1    ☐

0F262 – S5

POLICY NUMBER:  D002L00416

COMMERCIAL GENERAL LIABILITY
CG 20 26 07 04

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
| FedEx Ground Package System, Inc. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

**A.** In the performance of your ongoing operations; or

**B.** In connection with your premises owned by or rented to you.

CG 20 26 07 04

© ISO Properties, Inc., 2004

Page 1 of 1       □

EXHIBIT 8
Page 53 of 94

0F262 – S6

POLICY NUMBER:  D002L00416                               **COMMERCIAL GENERAL LIABILITY**
                                                                          CG 20 28 07 04

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – LESSOR OF
# LEASED EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) |
|---|
| All where required by written contract. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s).

**B.** With respect to the insurance afforded to these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

CG 20 28 07 04                      © ISO Properties, Inc., 2004                    **Page 1 of 1**    ☐

EXHIBIT 8
Page 54 of 94

0F262 - S7

COMMERCIAL GENERAL LIABILITY
DG 20 03 12 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:
    COMMERCIAL GENERAL LIABILITY COVERAGE PART

1.  **WHO IS AN INSURED** (Section II) is amended to include as an additional insured any person(s) or organization(s) when you and such person(s) or organization(s) have agreed in writing in a contract or agreement that such person(s) or organization(s) be added as an additional insured on your policy. Such person(s) or organization(s) is an additional insured only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by:

    a.  Your acts or omissions; or

    b.  The acts or omissions of those acting on your behalf

    which are covered by this insurance.

2.  The limits of insurance afforded to such person(s) or organization(s) will be:

    a.  The minimum limits of insurance which you agreed to provide; or

    b.  The limits of insurance of this policy

    whichever is less.

3.  This insurance will be primary to and non-contributing with any other insurance available to such person(s) or organization(s). **Condition 4. Other Insurance** (Section IV) is amended accordingly.

DG 20 03 12 04            Discover Property & Casualty Insurance Company            **Page 1 of 1**

EXHIBIT 8
Page 55 of 94

0F262 - S8

POLICY NUMBER: D002L00416 COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**AMENDED DEFINITION OF BODILY INJURY**

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| | |
|---|---|
| AMENDED DEFINITION: | "Bodily injury" means bodily injury, mental anguish, sickness or disease sustained by a person, including death resulting from any of these at any time. |

The definition of "bodily injury" in Section V - **DEFINITIONS** is amended as shown in the schedule above.

DG 2412 0100          Discover Property & Casualty Insurance Company          Page 1 of 1

EXHIBIT 8
Page 56 of 94

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

CG 21 70 01 08                    © ISO Properties, Inc., 2007                    Page 1 of 1    □

EXHIBIT 8
Page 57 of 94

0F262 – S10

| Named Insured<br>**Safelite Group, Inc.** | | Endorsement No. 2 | |
|---|---|---|---|
| Policy No<br>D002L00416 | Producer<br>Aon Risk Services, Inc. | Effective Date<br>12/31/2010 | 12:01 AM |
| Issued By (Name of Insurance Company)<br> | DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY | | |

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CHICAGO TRANSIT AUTHORITY

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

1.  The Chicago Transit Authority is an additional insured as respects to operations of and activities of, or on behalf of the Named Insured performed under contract with or permit from the Chicago Transit Authority.

2.  We will provide 60 days prior written notice in the event of cancellation, non-renewal or material change of this policy to:

    Chicago Transit Authority
    Dept. of Purchasing
    P.O. Box 7560
    Chicago, IL 60680-7560

EXHIBIT 8
Page 58 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425
0F262 - S11

POLICY NUMBER:   D002L00416

**COMMERCIAL GENERAL LIABILITY**
**DG 24 03 10 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FELLOW EMPLOYEE COVERAGE

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

CLASS(ES) OF EMPLOYEES:     All "employees".

As respects the class(es) of "employees" shown in the above Schedule, paragraph 2.a.(1) of WHO IS AN INSURED (Section II) is replaced by the following:

2.  Each of the following is also an insured:

   a.  Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

   (1) (a)  "Personal and advertising injury":

   (i)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   (ii)  To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of paragraph (1)(a)(i) above;

   (iii)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a)(i) or (ii) above; or

   (b)  "Bodily injury" or "personal and advertising injury" arising out of his or her providing or failing to provide professional health care services.

DG 24 03 10 01                Discover Property & Casualty Insurance Company                Page 1 of 1        ☐

EXHIBIT 8
Page 59 of 94

0F262 – S12 **Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425**

## GENERAL LIABILITY – ADDITIONAL INSURED ENDORSEMENT
## CITY OF LOS ANGELES
## DEPARTMENT OF WATER AND POWER

In consideration of the premium charged and notwithstanding any inconsistent statement in the policy to which this endorsement is attached or any endorsement now or hereafter attached thereto, it is agreed as follows:

1. **ADDITIONAL INSUREDS:** The City of Los Angeles, the Board of Water and Power Commissioners of the City of Los Angeles, the Department of Water and Power, their officers, agents, and employees are included as insureds with regard to liability and defense of suits arising from the operations and uses performed by or on behalf of the Named Insured.

2. **CONTRIBUTION NOT PERMITTED:** Any other insurance maintained by the Department of Water and Power shall be excess of this insurance and shall not contribute with it.

3. **SEVERABILITY OF INTEREST:** This insurance applies separately to each insured against whom claim is made or suit is brought except with respect to the insurer's limits of liability. The inclusion of any person or organization as an insured shall not affect any right which such person or organization would have as a claimant if not so included.

4. **CANCELLATION NOTICE:** With respect to the interests of the Department of Water and Power, this insurance shall not be cancelled, materially reduced in coverage or limits, or nonrenewed unless thirty (30) days' prior written notice by receipted delivery is given to the City Attorney of Los Angeles addressed as follows: Office of the City Attorney, Water and Power Division, 111 N. Hope Street, Room 340, Los Angeles, California 90012.

5. **APPLICABILITY:** This insurance pertains to the operations and/or tenancy of the Named Insured under all written agreements in force with the Department of Water and Power unless checked here ☐, in which case only the following specific agreements with the Department of Water and Power are covered:

6. **MAILING ADDRESS:** Completed endorsements will be sent to the Department of Water and Power as follows:

   Los Angeles Department of Water and Power
   Risk Management Section
   P.O. Box 51111, Rm. 465
   Los Angeles, California 90051-0100

7. **CLAIMS:** Claims should be reported to:

   Cindy Blanton - Director Account Management
   Specialty Risk Services, Inc.
   50 Glen Lake Pkwy, Suite 260, Atlanta, GA 30328
   800-445-9058 x 64194

Except as stated above, nothing herein shall be held to waive, alter, or extend any of the limits, conditions, agreements, or exclusions of the policy to which this endorsement is attached.

I, ___Steven Keinard___ (print/type name), warrant that I have authority to bind the below-listed insurance company and by my signature hereon do so bind this company to this endorsement.

8. Signature: _____
   *Authorized Representative (original signature required on copy furnished to the City Attorney)*

   TITLE: ___Account Executive Officer___

9. ORGANIZATION: Discover Re

   ADDRESS: 112 Washington Place, Suite 910
   Pittsburgh, PA 15219

   TELEPHONE: (412) 232-1351

10. Coverage includes (check as applicable):

| ☒ Broad Form Property Damage | ☒ Contractual Liability |
| ☒ Personal Injury | ☐ Owned Automobiles |
| ☒ Premises and Operations | ☐ Non-owned Automobiles |
| ☒ Explosion Hazard | ☒ Hired Automobiles |
| ☒ Collapse/Underground Hazard | ☐ Pollution |
| ☐ Watercraft Liability | ☐ |
| ☐ Garagekeeper's Legal Liability | ☐ |
| ☐ Incidental Medical Malpractice | |
| ☒ Products/Comp. Ops. $ _____ | Aggregate |
| ☒ Independent Contractors $ _____ | Aggregate |
| ☒ Fire Legal Liability | Sublimits |

11. Type of Coverage

| | 12. Limits of Liability | | 13. Policy Period |
|---|---|---|---|
| | Occurrence $ 1,000,000 | | From 12/31/10 To 12/31/11 |
| | Aggregate $ 2,000,000 | | |
| ☒ Occurrence ☐ Claims Made - Retroactive Date | | ☐ Aggregate Specific to coverage. | ☐ Per Claim ☒ Per Occurrence |

14. ☒ Deductible ☐ Self-Insured Retention (check which) of $ 500,000 applies to
    ☐ Limits Include Defense Costs   ☐ Deductible/Self-Insured Retention Includes Defense Costs

15. Other provisions (use reverse side, if necessary):

16. Named Insured and Address:
    Safelite Group, Inc.; 2400 Farmers Drive, 5th Floor; Columbus, OH 43235

| 17. Insurance Company | 18. Policy Number | 19. Endorsement No. | 20. Effective Date of Endorsement |
|---|---|---|---|
| Discover Property & Casualty Insura | D0020.00416 | 3 | 12/31/10 |

C:\Documents and Settings\ctpax\Desktop\Old Files 1996 and thru Oct2003 (D)\EOl Desk\Endorsements\Word Format\General\2003 doc:2/24/00

0F262 - S13

POLICY NUMBER:   D002L00416

COMMERCIAL GENERAL LIABILITY

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### NONOWNED WATERCRAFT COVERAGE (SPECIFIED)

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

DESCRIPTION OF WATERCRAFT:    All 50' or less.

Exclusion g. Aircraft, Auto or Watercraft under Coverage A – BODILY INJURY AND PROPERTY DAMAGE LIABILTY (Section I) does not apply to any watercraft shown in the schedule above that:

(1)     You do not own; and

(2)     Is not being used to carry persons or property for a charge.

DG 24 13 01 00            Discover Property & Casualty Insurance Company            Page 1 of 1

EXHIBIT 8
Page 61 of 94

0F262 - S14

POLICY NUMBER:   D002L00416

**COMMERCIAL GENERAL LIABILITY**
**DG 02 00 11 08**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## NOTICE OF CANCELLATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Certificate Holder:

Any person or organization to whom you have agreed in a written contract that notice of cancellation of this policy will be given, but only if:

1. You send us a written request to provide such notice, including the name and address of such person or organization, after the first Named Insured receives notice from us of the cancellation of this policy; and

2. We receive such written request at least 14 days before the beginning of the applicable number of days shown in this endorsement.

In the event we cancel this policy prior to the expiration date shown in the Declarations for any reason other than nonpayment of premium, we will provide 30 days advance written notice (10 days in the event we cancel for nonpayment of premium) to the certificate holder shown in the above Schedule.

**DG 02 00 11 08**         Discover Property & Casualty Insurance Company         **Page 1 of 1**

EXHIBIT 8
Page 62 of 94

0F262 - S15

POLICY NUMBER:   D002L00416

**COMMERCIAL GENERAL LIABILITY**
**DG 02 00 11 08**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NOTICE OF CANCELLATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Certificate Holder:   General Motors LLC
Fleet & Commercial Operations
387 Shuman Blvd.
Naperville, IL 60563

In the event we cancel this policy prior to the expiration date shown in the Declarations for any reason other than nonpayment of premium, we will provide 30 days advance written notice (10 days in the event we cancel for nonpayment of premium) to the certificate holder shown in the above Schedule.

DG 02 00 11 08                    Discover Property & Casualty Insurance Company                    **Page 1 of 1**

EXHIBIT 8
Page 63 of 94

POLICY NUMBER:   D002L00416

**COMMERCIAL GENERAL LIABILITY**
DG 02 00 11 08

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## NOTICE OF CANCELLATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

Certificate Holder:   Motor Trend Auto Shows, LLC
6375 Flank Drive
Harrisburg, PA 17112

In the event we cancel this policy prior to the expiration date shown in the Declarations for any reason other than nonpayment of premium, we will provide 30 days advance written notice (10 days in the event we cancel for nonpayment of premium) to the certificate holder shown in the above Schedule.

DG 02 00 11 08         Discover Property & Casualty Insurance Company         Page 1 of 1

EXHIBIT 8
Page 64 of 94

0F262 - S17

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 12 07          © ISO Properties, Inc., 2006          Page 1 of 1    □

EXHIBIT 8
Page 65 of 94

0F262 - S18

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**EXCLUSION – AIRCRAFT PRODUCTS AND GROUNDING**

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard" and arising out of any "aircraft product" or the "grounding" of any aircraft.

"Aircraft product" means:

1.  Aircraft (including missiles or spacecraft) and any ground support or control equipment used therewith;

2.  Any article furnished by the insured and installed in an aircraft or used in connection with an aircraft, or for space parts for an aircraft, including ground handling tools and equipment;

3.  Any of "your products" used at an airport for the purpose of guidance, navigation or direction of an aircraft; or

4.  Training aids, manuals, blueprints, engineering or other data or advice, and services and labor relating to such aircraft, articles or products.

"Grounding" means the withdrawal of one or more aircraft from flight operations or the imposition of speed, passenger or load restrictions on such aircraft, by reason of the existence of or alleged or suspected existence of any defect, fault or condition in such aircraft or any part thereof sold, handled or distributed by the insured or manufactured, assembled or processed by any other person or organization according to specifications, plans, suggestions, orders, or drawings of the insured or with tools, machinery or other equipment furnished to such persons or organizations by the insured, whether such aircraft so withdrawn are owned or operated by the same or different persons, organizations or corporations.

DG 22 03 01 00          Discover Property & Casualty Insurance Company          Page 1 of 1

EXHIBIT 8
Page 66 of 94

0F262 - S19

COMMERCIAL GENERAL LIABILITY
DG 21 05 12 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability**:

This insurance does not apply to:

**Asbestos**

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of asbestos.

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, asbestos.

3. Any loss, cost or expense arising, in whole or in part, out of any:

   a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos.

B. The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability**:

This insurance does not apply to:

**Asbestos**

1. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, asbestos.

2. Any loss, cost or expense arising, in whole or in part, out of any:

   a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, asbestos; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, asbestos.

DG 21 05 12 04              Discover Property & Casualty Insurance Company              Page 1 of 1

EXHIBIT 8
Page 67 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425
0F262 – S20

| Named Insured | | Endorsement No. 4 | |
|---|---|---|---|
| **Safelite Group, Inc.** | | | |
| Policy No. D002L00416 | Producer Aon Risk Services, Inc. | Effective Date 12/31/2010 | 12:01 AM |
| Issued By (Name of Insurance Company) | DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY | | |

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION – CLAIMS ADJUSTING ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" for which the insured may be held liable resulting from the rendering of, or failure to render, the following professional services:

1.  Investigating, defending or settling any claim under any contract of insurance, self-insurance, reinsurance or suretyship; or

2.  Performing any claim, investigative, adjustment, engineering, inspection, consulting, survey, audit, appraisal, actuarial or data processing service for a fee.

EXHIBIT 8
Page 68 of 94

COMMERCIAL GENERAL LIABILITY
DG 21 0712 04

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - LEAD

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability**:

This insurance does not apply to:

**Lead**

1. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of lead, paint containing lead, or any other material or substance containing lead.

2. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, lead, paint containing lead, or any other material or substance containing lead.

3. Any loss, cost or expense arising, in whole or in part, out of any:

   a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, laed, paint containing lead, or any other material or substance containing lead; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, lead, paint containing lead, or any other material or substance containing lead.

B. The following exclusion is added to Paragraph **2., Exclusions of Section I – Coverage B – Personal and Advertising Injury Liability**:

This insurance does not apply to:

**Lead**

1. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, lead, paint containing lead, or any other material or substance containing lead.

2. Any loss, cost or expense arising, in whole or in part, out of any:

   a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, lead, paint containing lead, or any other material or substance containing lead; or

   b. Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, lead, paint containing lead, or any other material or substance containing lead.

DG 21 07 12 04                    Discover Property & Casualty Insurance Company                    Page 1 of 1

EXHIBIT 8
Page 69 of 94

0F262 – S22

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2. **Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph 2. **Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

CG 21 67 12 04 © ISO Properties, Inc., 2003 Page 1 of 1 ☐

EXHIBIT 8
Page 70 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 – S23

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

(a) "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

(b) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

(i) At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

(ii) At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

CG 21 65 12 04      © ISO Properties, Inc., 2003      Page 1 of 1

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 – S24

|  | POLICY NUMBER: D002L0041G |
|---|---|
| **EMPLOYEE BENEFITS LIABILITY DECLARATIONS** | |

| **NAMED INSURED:** Safelite Group, Inc. | **POLICY PERIOD:** FROM 12/31/10 TO 12/31/11 AT 12:01 A.M. TIME AT YOUR MAILING ADDRESS |
|---|---|

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | |
|---|---|
| $1,000,000 | AGGREGATE LIMIT |
| $1,000,000 | EACH CLAIM LIMIT |
| $See Self Funded Retention | DEDUCTIBLE (EACH CLAIM) |

**RETROACTIVE DATE:** 12/31/2010 (ENTER DATE OR "NONE" IF NO RETROACTIVE DATE APPLIES)

THIS INSURANCE DOES NOT APPLY TO DAMAGES CAUSED BY AN "EMPLOYEE BENEFITS INCIDENT" THAT OCCURED BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN ABOVE.

**FORM OF BUSINESS**

☐INDIVIDUAL ☐PARTNERSHIP ☐JOINT VENTURE ☐TRUST ☐LIMITED LIABILITY COMPANY
☒ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE, OR LIMITED LIABILTY COMPANY)

**FORMS AND ENDORSEMENTS**

ENDORSEMENTS ATTACHED TO THIS POLICY:
See Listing of Forms and Endorsements Forming A Part of This Policy.

**CLASSIFICATION AND PREMIUM**

| CLASSIFICATION | CODE NUMBER | ADVANCE PREMIUM |
|---|---|---|
| Employee Benefits Liability | 92100 | $Included |
| | STATE TAX OR OTHER (if applicable): | $ |
| | TOTAL PREMIUM FOR THIS COVERAGE PART: | $Included |

**AUDIT PERIOD** (IF APPLICABLE) ☒ANNUALLY ☐SEMI-ANNUALLY ☐QUARTERLY ☐MONTHLY

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.

DG DS 03 06 05          Discover Property & Casualty Insurance Company          Page 1 of 1

COMMERCIAL GENERAL LIABILITY

# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

**THIS INSURANCE PROVIDES CLAIMS - MADE COVERAGE.
PLEASE READ THE ENTIRE FORM CAREFULLY.**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VI - DEFINITIONS.

**SECTION I - COVERAGE**

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of injury to any "employee", or to the dependents or beneficiaries of any "employee", caused by an "employee benefits incident" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages because of injury to any "employee", or to the dependents or beneficiaries of any "employee", caused by an "employee benefits incident" for to which this insurance does not apply. We may, at our discretion, investigate any "employee benefits incident" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III - LIMITS OF INSURANCE; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under this Coverage Part.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS.

   b. This insurance applies to an "employee benefits incident" only if:

   (1) The "employee benefits incident" takes place in the "coverage territory";

   (2) The "employee benefits incident" did not occur before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

   (3) A claim for damages because of the "employee benefits incident" is first made against any insured, in accordance with paragraph c. below, during the policy period or any Extended Reporting Period we provide under Section V - EXTENDED REPORTING PERIODS.

   c. A claim by any "employee", or by the dependents or beneficiaries of any "employee", seeking damages will be deemed to have been made at the earlier of the following times:

   (1) When notice of such claim is received and recorded by any insured or by us, whichever comes first; or

   (2) When we make settlement in accordance with paragraph 1.a. above.

   All claims for damages because of injury to the same "employee", including damages claimed by any beneficiary or dependent, arising out of the same "employee benefits incident" will be deemed to have been made at the time the first of these claims is made against any insured.

DG 00 03 01 00 (rev)          Discover Property & Casualty Insurance Company          Page 1 of 8

EXHIBIT 8
Page 73 of 94

2. **Exclusions**

This insurance does not apply to:

a. Injury arising out of any dishonest, fraudulent, criminal or malicious act.

b. Injury arising out of libel, slander, discrimination, or humiliation.

c. Bodily injury, death, care and loss of services.

d. Property damage, including the loss of use of property.

e. Any claim for failure of performance of contract by any insurer.

f. Any claim based on your failure to comply with any law concerning workers compensation, unemployment insurance, social security or disability benefits.

g. Any claim based on failure of stock to perform as represented by any insured.

h. Any claim based on advice given by any insured to participate or not to participate in stock subscription plans.

i. Liability of a fiduciary imposed by the Employee Retirement Income Security Act of 1974 (ERISA) as now or hereafter amended.

**SUPPLEMENTARY PAYMENTS**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

c. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

d. All costs taxed against the insured in the "suit".

e. Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

f. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limit of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement;

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same contract or agreement;

d. The allegations in the "suit" and the information we know about the "employee benefits incident" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

DG 00 03 01 00 (rev)          Discover Property & Casualty Insurance Company          Page 2 of 8

    (a) Cooperate with us in the investigation, settlement or defense of the "suit";

    (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

    (c) Notify any other insurer whose coverage is available to the indemnitee; and

    (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. These payments will not reduce the limit of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends as:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

    a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

    c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your executive officers and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

    a. Your "employees", other than either your executive officers (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), authorized to act in the administration of "employee benefits".

    b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no similar insurance available to that organization. However:

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

    b. Coverage does not apply to an "employee benefits incident" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

DG 00 03 01 00 (rev)       Discover Property & Casualty Insurance Company       Page 3 of 8

EXHIBIT 8
Page 75 of 94

OF262 – S28

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. "Employees", or dependents or beneficiaries of "employees", making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for all damages because of all claims covered by this insurance.

3. Subject to 2. above, the Each Claim Limit is the most we will pay for all damages because of any one claim.

4. Our obligation to pay damages applies only to the amount of those damages in excess of a $1000 each claim deductible, and the Each Claim Limit will not be reduced by the application of the deductible amount.

   We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - EMPLOYEE BENEFITS LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of An "Employee Benefits Incident", Claim or Suit**

   a. Regardless of whether the loss exceeds the deductible amount in paragraph 4. of Section III - LIMITS OF INSURANCE, you must see to it that we are notified as soon as practicable of any "employee benefits incident" which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "employee benefits incident" took place;

      (2) The names and addresses of any injured "employee", dependents or beneficiaries of any "employee", and witnesses; and

      (3) The nature and location of any injury caused by the "employee benefits incident".

      Notice of an "employee benefits incident" is not notice of a claim.

   b. If a claim is made or "suit is brought against any insured you must:

      (1) Immediately record the specifics of the claim and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

DG 00 03 01 00 (rev)        Discover Property & Casualty Insurance Company        Page 4 of 8

EXHIBIT 8
Page 76 of 94

0F262 – S29

(3)   Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4)   Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury to which this insurance may also apply.

d.  No insureds will, except at that insured's own costs, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

3.  **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a.  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4.  **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

a.  Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b.  Excess Insurance

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis, that is effective prior to the beginning of the policy period shown in the Declarations of this insurance and applies to an "employee benefits incident" on other than a claims-made basis, if:

(1)   No Retroactive Date is shown in the Declarations of this insurance; or

(2)   The other insurance has a policy period that continues after the Retroactive Date shown in the Declarations of this insurance.

When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1)   The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2)   The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c.  Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

DG 00 03 01 00 (rev)       Discover Property & Casualty Insurance Company       Page 5 of 8

EXHIBIT 8
Page 77 of 94

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit**

   a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

   b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period.

   Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

   c. The first Named Insured must keep records of the number of "employees" employed during the policy period and send us this information annually, if this coverage is written for more than one year, or when requested for premium computation.

6. **Representations**

   By accepting this policy, you agree:

   a. The statements in the Declarations are accurate and complete;

   b. Those statements are based upon representations you made to us; and

   c. We have issued this policy in reliance upon your representations.

7. **Separations Of Insureds**

   Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

   a. As if each Named Insured were the only Named Insured; and

   b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

   If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

   If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

   If notice is mailed, proof of mailing will be sufficient proof of notice.

10. **Your Right To Claim And "Employee Benefits Incident" Information**

    We will provide the first Named Insured shown in the Declarations the following information relating to this and any preceding Employee Benefits Liability claims-made Coverage Part we have issued to you during the previous three years:

    a. A list or other record of each "employee benefits incident" not previously reported to any other insurer, of which we were notified in accordance with paragraph 2.a. of this Section. We will include the date and brief description of the "employee benefits incident" if that information was in the notice we received.

    b. A summary by policy year of payments made and amounts reserved, stated separately, under any applicable Aggregate Limit.

    Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

    You must not disclose this information to any claimant or any claimant's representative without our consent.

DG 00 03 01 00 (rev)          Discover Property & Casualty Insurance Company          Page 6 of 8

EXHIBIT 8
Page 78 of 94

If we cancel or elect not to renew this Coverage Part, we will provide such information no later than 30 days before the date of policy termination. In other circumstances, we will provide this information only if we receive a written request from the first Named Insured within 60 days after the end of the policy period. In this case, we will provide the information within 45 days of receipt of the request.

We compile claim and "employee benefits incident" information for our own business purposes and exercise reasonable care in doing so. In providing this information to the first Named Insured, we make no representations or warranties to insureds, insurers, or others to whom this information is furnished by or on behalf of any insured. Cancellation or nonrenewal will be effective even if we inadvertently provide inaccurate information.

## SECTION V - EXTENDED REPORTING PERIODS

1. We will provide one or more Extended Reporting Periods, as described below, if:

   a. This Coverage Part is canceled or not renewed; or

   b. We renew or replace this Coverage Part with insurance that has a Retroactive Date later than the date shown in the Declarations of this Coverage Part.

2. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to claims for an "employee benefits incident" that occurs before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.

   Once in effect, Extended Reporting Periods may not be canceled.

3. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for:

   a. Five years for claims because of injury arising out of an "employee benefits incident" reported to us, not later than 60 days after the end of the policy period, in accordance with paragraph 2.a. of Section IV - EMPLOYEE BENEFITS LIABILITY CONDITIONS; or

   b. Sixty days for all other claims.

   The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

4. A Supplemental Extended Reporting Period of unlimited duration is available, but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in paragraph 3. above, ends.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The exposures insured;

   b. Previous types and amounts of insurance;

   c. Limits of Insurance available under this Coverage Part for future payment of damages; and

   d. Other related factors.

   The additional premium will not exceed 200% of the annual premium for this Coverage Part.

   This endorsement shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

5. The Basic Extended Reporting Period does not reinstate or increase the Limits of Insurance.

6. If the Supplemental Extended Reporting Period is in effect, we will provide the supplemental aggregate limits of insurance described below, but only for claims first received and recorded during the Supplemental Extended Reporting Period.

DG 00 03 01 00 (rev)          Discover Property & Casualty Insurance Company          Page 7 of 8

EXHIBIT 8
Page 79 of 94

The supplemental aggregate limits of insurance will be equal to the dollar amount shown in the Declarations in effect at the end of the policy period for the Aggregate Limit.

Paragraph 2. of Section III - LIMITS OF INSURANCE will be amended accordingly. The Each Claim Limit shown in the Declarations will then continue to apply as set forth in paragraph 3. of that Section.

## SECTION VI - DEFINITIONS

1. "Coverage territory" means the United States of America (including its territories and possessions), Puerto Rico and Canada.

2. "Employee" means a prospective, present or former employee of the Named Insured.

3. "Employee benefits incident" means a negligent act, error or omission in:

   a. Giving counsel to "employees" with respect to "employee benefits";

   b. Interpreting "employee benefits";

   c. Handling of records in connection with "employee benefits";

   d. Effecting enrollment, termination or cancellation of "employees" under "employee benefits";

   performed by a person authorized by you to perform such services.

4. "Employee benefits" means:

   a. Group life insurance;

   b. Group accident and health insurance;

   c. Profit sharing plans;

   d. Pension plans;

   e. "Employee" stock subscriptions;

   f. Workers compensation;

   g. Unemployment insurance;

   h. Social security;

   i. Disability benefits insurance; and

   j. Travel, savings or vacation plans.

5. "Suit" means a civil proceeding in which damages because of an injury caused by an "employee benefits incident" to which this insurance applies is alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

DG 00 03 01 00 (rev)          Discover Property & Casualty Insurance Company          Page 8 of 8

EXHIBIT 8
Page 80 of 94

POLICY NUMBER:                                    COMMERCIAL GENERAL LIABILITY

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EMPLOYEE BENEFITS SELF-FUNDED RETENTION

This endorsement modifies insurance provided under the following:
EMPLOYEE BENEFITS LIABILITY COVERAGE PART

### SCHEDULE

**AMOUNT OF SELF-FUNDED RETENTION**
Self-Funded Retention combined for damages because of any          $500,000 Each Claim
one claim and associated "claim expenses"

A.    COVERAGE is changed as follows:

The sum of:

1.    The damages because of any one claim; and

2.    The "claim expenses" associated with such damages

that would otherwise be payable under COVERAGE will be reduced by the self-funded retention shown in the above Schedule. The Each Claim Limit of Insurance applicable to such coverage will be reduced by the amount of damages payable under the policy, both within, and in excess of such self-funded retention. The Aggregate Limit applicable to such coverage will only be reduced by the amount of damages payable under the policy in excess of such self-funded retention.

B.    INVESTIGATION, DEFENSE AND SETTLEMENT

COVERAGE is changed as follows with respect to the provisions pertaining to the investigation, defense and settlement of claims or "suits":

We have the right, duty and ultimate authority to investigate, defend or settle any claim or "suit" asking for damages. However:

1.    We will delegate the responsibility to investigate, adjust, defend and/or settle all claims or "suits" to you, subject to the following conditions:

a.    You will notify us of "incidents", claims or "suits" in accordance with paragraph E. below.

b.    You will establish a "case reserve" with respect to each such claim or "suit" as soon as such claim or "suit" becomes known to you. You will revise such reserve from time to time on the basis of developments and facts known at the time of such revision.

c.    You will have no authority to pay, or agree to pay any amount of such claims or "suits" greater than the self-funded retention shown in the above Schedule without our prior written consent.

DG 70 14 01 00              Discover Property & Casualty Insurance Company              Page 1 of 5

0F262 - S34

 

d.    We will have the right to associate with you in the defense of any claim or "suit" or to assume control of the defense of any claim or "suit". The assumption of control shall include, but not be limited to, the investigation and settlement of any claim or "suit", the selection or retention of counsel and appeal of any judgment.

e.    When a claim or "suit" has been settled or adjudicated, you will promptly pay the amount of such claim or "suit" to the party to whom the payment is due for damages or medical expenses up to the self-funded retention shown in the above Schedule.

f.    You will pay your share of "claim expenses" in accordance with paragraphs C. and D. below.

g.    We may pay any part or all of such self-funded retention and, upon notification of the action taken, you will promptly reimburse us for the amount of such payment up to such self-funded retention and your share of "claim expenses" as have been paid by us in accordance with paragraphs C. and D. below.

h.    Any claim administrator(s) you utilize for claim handling services must be approved in writing by us in advance.

2.    We have no duty to defend "suits" not covered by this insurance.

3.    Our duty to defend or settle ends when the applicable Limit(s) of Insurance has been exhausted by payment of judgments or settlements.

For purposes of this endorsement, the term "case reserve" means an estimate of the value of a claim or "suit" and its associated "claim expenses".

C.    APPLICATION OF SELF-FUNDED RETENTION

1.    The self-funded retention shown in the above Schedule will be applied separately to each claim, first as respects the payment of all damages because of injury under COVERAGE and then to the payment of "claim expenses" associated with such damages. The balance of any "claim expenses" due will be payable by us in addition to our applicable Limit(s) of Insurance.

2.    If a claim or "suit" involves "claim expenses" only, in no event will you or any insured be obligated to pay "claim expenses" in connection with any one claim for an amount greater than the self-funded retention shown in the above Schedule.

D.    CLAIM EXPENSES

1.    For purposes of this endorsement, the term "claim expenses" means:

a.    Attorney fees and all other litigation expenses.

b.    The cost of bonds to appeal a judgment or award or to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

 

DG 70 14 01 00        Discover Property & Casualty Insurance Company        Page 2 of 5

EXHIBIT 8
Page 82 of 94

c.  All reasonable expenses incurred by the insured in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

d.  All costs taxed against the insured in the "suit".

e.  Pre-judgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

f.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

g.  With respect to an indemnitee, if all of the following conditions are met, attorney's fees incurred by you or us for the defense of that indemnitee, necessary litigation expenses incurred by you or us and necessary litigation expenses incurred by the indemnitee at your or our request. Such payments will not be deemed to be damages.

  (1)  The "suit" against an insured is being defended and an indemnitee of the insured is also named as a party to the "suit";

  (2)  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

  (3)  This insurance applies to such liability assumed by the insured;

  (4)  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

  (5)  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

  (6)  The indemnitee and the insured ask you to conduct and control the defense of that indemnitee against such "suit" and agree that you can assign the same counsel to defend the insured and the indemnitee; and

  (7)  The indemnitee:

    (a)  Agrees in writing to:

      (i)  Cooperate with you in the investigation, settlement or defense of the "suit";

      (ii)  Immediately send you copies of any demands, notices, summonses or legal papers received in connection with the "suit";

      (iii)  Notify any other insurer whose coverage is available to the indemnitee; and

DG 70 14 01 00      Discover Property & Casualty Insurance Company      Page 3 of 5

EXHIBIT 8
Page 83 of 94

    (iv)    Cooperate with you with respect to coordinating other applicable insurance available to the indemnitee; and

  (b)    Provides you with written authorization to:

    (i)    Obtain records and other information related to the "suit"; and

    (ii)    Conduct and control the defense of the indemnitee in such "suit".

"Claim expenses" do not include:

a.    Salaries and expenses of our employees or the insured's employees other than that portion of our employed attorneys' or paralegals' fees, salaries and expenses allocated to a specific claim or "suit".

b.    Fees and expenses of independent claims adjusting organizations hired by you.

2.    The term "Supplementary Payments" under SECTION I - COVERAGE is deleted in its entirety and replaced with the term "claim expenses" defined above.

E.    DUTIES IN THE EVENT OF AN EMPLOYEE BENEFITS INCIDENT, CLAIM OR SUIT

Condition 2. of Section IV is deleted in its entirety and replaced with the following:

2.    DUTIES IN THE EVENT OF AN EMPLOYEE BENEFITS INCIDENT, CLAIM OR SUIT

a.    You must see to it that we are notified of an "employee benefits incident" which may result in a claim or "suit" seeking a total amount for damages in excess of the self-funded retention shown in the above Schedule. The notice must be made as soon as possible, but no later than 30 calendar days from the date you are notified of such "employee benefits incident". The notice should include:

    (1)    How, when and where the "employee benefits incidents" took place;

    (2)    The names and addresses of any injured persons and witnesses; and

    (3)    The nature and location of any injury or damage arising out of the "employee benefits incident".

b.    The first Named Insured shown in the Declarations will furnish us with:

    (1)    A quarterly report which provides the following information for each claim or "suit" which was outstanding, opened, revised or eliminated during the previous quarter: The identity of the claimants or injured parties; the dates, places, description and cause of injury; the amounts of reserves for such claim or "suit"; "claim expenses" (both paid, incurred and reserved) and payments of judgments or settlements. This report must be furnished no later than thirty (30) calendar days after the end of each quarter.

    (2)    Written notification of each claim or "suit" which has, should have or is likely to have, without regard to liability, a reserve equal to or exceeding thirty-three and one third percent (33 1/3%) of the self-funded retention shown in the above Schedule. Written notice must be provided as soon as

EXHIBIT 8
Page 84 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 - S37

possible, but no later than fifteen (15) calendar days from the date you have sufficient knowledge of facts surrounding such claim or "suit" which could put you on notice that such reserve or payment is indicated. Complete files on such claim or "suit" must be given to us within thirty (30) calendar days from the date we request such files.

(3)    Other claim information or reports as requested by us from time to time.

F.    EXCLUSION OF CERTAIN LIABILITY

Except as otherwise provided by law, it is a condition precedent to any liability under this policy that you will (a) notify us of "employee benefits incidents", claims or "suits" in accordance with paragraph E. above, and (b) permit inspection, audit, copying and otherwise cooperate with us to enable us to establish or revise reserves for claim(s) or "suit(s)", (c) obtain our approval in writing of any change of your claims administrator(s) in advance, and (d) not pay or settle, nor agree to pay or settle, any total amount for damages greater than the self-funded retention shown in the above Schedule without our prior written consent.

G.    ADDITIONAL CANCELLATION REASON

In addition to the reasons for cancellation set forth in this policy, if you pay, settle, or agree to pay or settle any claim or "suit" for an amount greater than the self-funded retention shown in the above Schedule without our prior written consent or if you fail to permit inspection, audit, copying or to otherwise cooperate with us to enable us to establish or revise reserves for claims or "suits" or if you fail to obtain our approval in writing of any change of your claims administrator(s) in advance, then such acts or omissions will be deemed reasonable grounds for cancellation of this policy and filings and certificates representing this policy, except as otherwise provided by law.

0F262 - S38

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**AMENDATORY ENDORSEMENTS (EMPLOYEE BENEFITS LIABILITY)**

This endorsement modifies insurance provided under the following:
   EMPLOYEE BENEFITS LIABILITY COVERAGE PART

Any state amendatory endorsements attached to this policy which amend either:

(1)    The Common Policy Conditions; or
(2)    Any of the Conditions included in this coverage form

apply to this coverage form.

DG 01 00 01 00             Discover Property & Casualty Insurance Company              Page 1 of 1

EXHIBIT 8
Page 86 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425
0F262 - S39

## ALASKA DEPARTMENT OF COMMERCE AND ECONOMIC DEVELOPMENT
### DIVISION OF INSURANCE
### ATTORNEY FEES COVERAGE NOTICE A

## THIS POLICY LIMITS COVERAGE FOR ATTORNEY FEES UNDER ALASKA RULE OF CIVIL PROCEDURE 82

In any suit in Alaska in which we have a right or duty to defend an insured in addition to the limits of liability, our obligation under the applicable coverage to pay attorneys fees taxable as costs against the insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if you are held liable, some or all of the attorney fees of the person making a claim against you must be paid by you. The amount that must be paid by you is determined by Alaska Rule of Civil Procedure 82. We provide coverage for attorney fees for which you are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

**We will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.**

**This limitation means the potential costs that may be awarded against you as attorney fees may not be covered in full. You will have to pay any attorney fees not covered directly.**

For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

> 20% of the first $25,000 of a judgment;
> 10% of the amounts over $25,000 of a judgment.

Therefore, if a court awards a judgement against you in the amount of $125,000, in addition to that amount you would be liable under Alaska Rule of Civil Procedure 82(b)(1) for attorney fees of $15,000, calculated as follows:

| | | |
|---|---|---|
| 20% of $25,000 | | $5,000 |
| 10% of $100,000 | | $10,000 |
| Total Award $125,000 | Total Attorney Fees | $15,000 |

If the limit of liability of the applicable coverage is $100,000, we would pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

| | | |
|---|---|---|
| 20% of $25,000 | | $5,000 |
| 10% of $75,000 | | $7,500 |
| Total Limit of Liability $100,000 | Total Attorney Fees Covered | $12,500 |

You would be liable to pay, directly and without our assistance, the remaining $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

UC9009 0405          Page 1 of 1

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 - S40

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

UC9021 0805          Includes copyright material of Insurance Services Office, Inc.          Page 1 of 1
with its permission.

0F262 - S41

# IMPORTANT POLICYHOLDER INFORMATION

# TEXAS LOSS CONTROL SERVICES

Please read the state Loss Control Services Notification contained below if you have operations in Texas:

## NOTICE OF ACCIDENT PREVENTION SERVICES

We are required by law to provide you with certain accident prevention services at no additional charge. If you would like more information, call your agent or our Loss Control Services Department at 1-800-878-2660.

UC9023 TX 0805                                                                          Page 1 of 1

EXHIBIT 8
Page 89 of 94

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 - S42

POLICY NUMBER:   D002L00416                                    UC 90 33 WI 11 07

# WISCONSIN UNDERINSURED VEHICLE COVERAGE
# POLICY DISCLOSURE STATEMENT

☐ Underinsured motorist coverage may not be purchased under this policy.

☒ Underinsured motorist coverage may be purchased under this policy.   You should contact us or your agent if you have any questions regarding underinsured motorist coverage and your options with respect to this coverage.   If your policy contains more than one coverage part, the offer to purchase Underinsured motorist coverage only applies to the Commercial Auto - Business or Truckers and the Commercial Garage Coverage Part.

UC 90 33WI 11 07                                              Page 1 of 1

0F262 - S43

## IMPORTANT NOTICE REGARDING COMPENSATION DISCLOSURE

For information about how Discover Property & Casualty Insurance Company, Discover Specialty Insurance Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., and United States Fidelity and Guaranty Company compensate independent agents, brokers, or other insurance producers, please visit this website:

http://www.travelers.com/w3c/legal/Producer_Compensation_Disclosure.html

If you prefer, you can call the following toll-free number: 1-866-904-8348. Or you can write to us at Travelers, Enterprise Development, One Tower Square, Hartford, CT 06183.

UC 9036 0708                                                                 Page 1 of 1

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425

0F262 - S44

## MARYLAND POLICYHOLDER NOTICE
## IMPORTANT NOTICE OF UNDERWRITING PERIOD

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

We are notifying you that the binder or policy you have just agreed to purchase is subject to a 45-day underwriting period beginning on the effective date of your coverage. Your coverage may be cancelled during the underwriting period if your risk does not meet our underwriting standards. If we decide to cancel the binder or policy, we will send you a written Notice of Cancellation advising you of the reason(s) for the cancellation and the date on which your policy will be cancelled.

UC 90 39 01 09      Page 1 of 1

Franklin County Ohio Clerk of Courts of the Common Pleas- 2020 Sep 30 1:14 PM-20CV006425
0F262 - S45

## IMPORTANT NOTICE –
## NOTICE CONCERNING POLICYHOLDER RIGHTS IN AN INSOLVENCY UNDER THE MINNESOTA INSURANCE GUARANTY ASSOCIATION LAW

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

The financial strength of your insurer is one of the most important things for you to consider when determining from whom to purchase a property or liability insurance policy. It is your best assurance that you will receive the protection for which you purchased the policy. If your insurer becomes insolvent, you have protection from the Minnesota Insurance Guaranty Association as described below but to the extent that your policy is not protected by the Minnesota Insurance Guaranty Association or if it exceeds the guaranty association's limits, you will only have the assets, if any, of the insolvent insurer to satisfy your claim.

Residents of Minnesota who purchase property and casualty or liability insurance from insurance companies licensed to do business in Minnesota are protected, SUBJECT TO LIMITS AND EXCLUSIONS, in the event the insurer becomes insolvent. This protection is provided by the Minnesota Insurance Guaranty Association.

Minnesota Insurance Guaranty Association
4640 West 77th Street, Suite 342
Edina MN 55435
(952) 831-1908

The maximum amount that the Minnesota Insurance Guaranty Association will pay in regard to a claim under all policies issued by the same insurer is limited to $300,000. This limit does not apply to workers' compensation insurance. Protection by the guaranty association is subject to other substantial limitations and exclusions. If your claim exceeds the guaranty association's limits, you may still recover a part or all of that amount from the proceeds from the liquidation of the insolvent insurer, if any exist. Funds to pay claims may not be immediately available. The guaranty association assesses insurers licensed to sell property and casualty or liability insurance in Minnesota after the insolvency occurs. Claims are paid from the assessment.

THE PROTECTION PROVIDED BY THE GUARANTY ASSOCIATION IS NOT A SUBSTITUTE FOR USING CARE IN SELECTING INSURANCE COMPANIES THAT ARE WELL MANAGED AND FINANCIALLY STABLE IN SELECTING AN INSURANCE COMPANY OR POLICY, YOU SHOULD NOT RELY ON PROTECTION BY THE GUARANTY ASSOCIATION.

THIS NOTICE IS REQUIRED BY MINNESOTA STATE LAW TO ADVISE POLICYHOLDERS OF PROPERTY AND CASUALTY OR LIABILITY INSURANCE POLICIES OF THEIR RIGHTS IN THE EVENT THEIR INSURANCE CARRIER BECOMES INSOLVENT. THIS NOTICE IN NO WAY IMPLIES THAT THE COMPANY CURRENTLY HAS ANY TYPE OF FINANCIAL PROBLEMS. ALL PROPERTY AND CASUALTY INSURANCE OR LIABILITY POLICIES ARE REQUIRED TO PROVIDE THIS NOTICE.

UC 9040 1108                                                          Page 1 of 1

EXHIBIT 8
Page 93 of 94

OF262 - S46

## IMPORTANT NOTICE – USE OF CLAIM HISTORY IN UNDERWRITING MARYLAND

NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.

We are notifying you that claim history is considered for purposes of cancelling or refusing to renew your coverage.

UC 9041 0109

Page 1 of 1

EXHIBIT 8
Page 94 of 94