# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ACE AMERICAN INSURANCE COMPANY,**

      Plaintiff,

v.

**ZURICH AMERICAN INSURANCE COMPANY,** *et al.*,

      Defendants.

Case No. 2:21-cv-1127
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter is before the Court on Plaintiff ACE American Insurance Company's Unopposed Motion to Supplement Record on Motion for Summary Judgment (Pl. Mot., ECF No. 63) and Defendant Discover Property & Casualty Company's Motion to Extend Briefing Schedule (ECF No. 64).  For good cause shown, the Court **GRANTS** Plaintiff's Motion (ECF No. 63) and Defendant Discover's Motion (ECF No. 64).

Discover's and Zurich's briefs in oppositions to ACE's Motion for Summary Judgment and cross-motions of their own will be due to be filed on July 11, 2024.  ACE's reply in support to its Motion and brief in opposition to Discover's and Zurich's cross-motions will be due 20 days after Discover's and Zurich's filings.  Discover's and Zurich's replies in support to their cross-motions will be due 20 days after ACE's filing on its brief in opposition to said cross-motions.

This extension will not cause a delay or cause prejudice to Plaintiff or any other named party.

      **IT IS SO ORDERED.**

| | |
|---|---|
| **6/10/2024**<br>**DATE** | **s/Edmund A. Sargus, Jr.**<br>**EDMUND A. SARGUS, JR.**<br>**UNITED STATES DISTRICT JUDGE** |