# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br>*Plaintiff*<br>v.<br>ZURICH AMERICAN INSURANCE COMPANY, et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:21-cv-1127<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Zurich is ORDERED to pay $437,231.61 in prejudgment interest and post-judgment interest at the applicable statutory rate of 4.2% until the judgment is satisfied. Discover is ORDERED to pay $433,372.35 in prejudgment interest and post-judgment interest at the applicable statutory rate of 4.2% until the judgment is satisfied.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Edmund A. Sargus, Jr.   on a motion for   Plaintiff's Motion to Alter Judgment.

Date:   02/05/2026

CLERK OF COURT

_Christy M. Werner_
Signature of Clerk or Deputy Clerk